IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| JANICE LAWSON, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:14-cv-03606-ELH |
| MIDLAND FUNDING, LLC, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Janice Lawson, through her undersigned attorneys, hereby dismisses this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

_____/s/_____
Thomas J. Minton (Bar No. 03370)
Goldman & Minton, P.C.
1500 Union Avenue, Suite 2300
Baltimore, Maryland 21200
tminton@charmcitylegal.com
Phone: (410) 783-7575
Fax: (410) 783-1711

*Attorney for Plaintiff*

**Certificate of Service**

I hereby certify that, on this 1st day of April, 2015, I filed the forgoing Notice of Dismissal using the Court's ECF System, and that all counsel of record will be served electronically through that System.

_____/s/_____
Thomas J. Minton (Bar No. 03370)